TIMOTHY P. MURPHY, ESQ. (120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants WEST CONTRA COSTA
UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA WATERS, | CASE NO.: CV09-5776 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA and MARKELL McCAIN, | |
| Defendants. | |

The plaintiff and defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA, through their attorney of record, hereby stipulate and agree that defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA, may have an extension to respond to plaintiff's Complaint, up to and including February 5, 2010.

DATED: 1/29, 2010

EDRINGTON, SCHIRMER & MURPHY

By _____
Timothy P. Murphy, Esq.
Attorney for Defendants,
WEST CONTRA COSTA U.S.D. and
ROXANNE BROWN-GARCIA

| | |
|---|---|
| DATED: 1/29/10, 2010 | COLE & FASANO<br><br>By _____<br>Rufus L. Cole, Esq.<br>Attorney for Plaintiff |

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA will have an extension in which to respond to plaintiff's Complaint, up to and including February 5, 2010.

DATED: February 2, 2010

By _____

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Re Filing of Answer                    2