TIMOTHY P. MURPHY, ESQ. (120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants WEST CONTRA COSTA
UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA WATERS,<br><br>Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA and MARKELL McCAIN,<br><br>Defendants. | CASE NO.: CV09-5776<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |

The plaintiff and defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA, through their attorney of record, hereby stipulate and agree that defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA, may have an extension to respond to plaintiff's Complaint, up to and including February 5, 2010.

DATED: 1/29, 2010

EDRINGTON, SCHIRMER & MURPHY

By _____
Timothy P. Murphy, Esq.
Attorney for Defendants,
WEST CONTRA COSTA U.S.D. and
ROXANNE BROWN-GARCIA

Stipulation Re Filing of Answer        1

1 | DATED: 1/29/10, 2010         COLE & FASANO

2

3                                                        By: _____
                                                              Rufus L. Cole, Esq.
4                                                             Attorney for Plaintiff

5

6                                            ORDER

7        In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendants

8 WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROXANNE BROWN-GARCIA

9 will have an extension in which to respond to plaintiff's Complaint, up to and including February

10 5, 2010.

11 DATED: February 2, 2010

12

13                                                        By: _____
                                                              **GRANTED**
14                                                            *Judge Vaughn R Walker*
                                                              United States District Court
15                                                            Northern District of California

Stipulation Re Filing of Answer                2