UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KIESHA WATERS,<br>    Plaintiff,<br><br>    v.<br><br>WEST CONTRA COSTA COUNTY<br>UNIFIED SCHOOL DISTRICT, et al.,<br>    Defendants.<br>_____/ | No. C 09-5776 VRW<br><br>**ORDER GRANTING REQUEST TO EXCUSE DEFENDANT M,ARKELL McCAIN FROM PERSONALLY ATTENDING THE MEDIATION SESSION**<br><br>Date:    May 26, 2010<br>Mediator:    JoAnne Dellaverson |

    IT IS HEREBY ORDERED that the request for defendant Markell McCain to be excused from participating in the May 26, 2010, mediation session before JoAnne Dellaverson is GRANTED.

    IT IS SO ORDERED.

May 12, 2010        By:    *Elizabeth D. Laporte*
Dated                                       Elizabeth D. Laporte
                                            United States Magistrate Judge