Rufus L. Cole, Esq. (SB# 60843)
Monica S. Lee, Esq. (SB#247715)
RUFUS L. COLE & ASSOCIATES
720 Market Street, 10th Floor
San Francisco, CA 94102-2500
Telephone:   (415) 956-8800
Facsimile:   (415) 956-8811

Attorneys for Plaintiff
KIESHA WATERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA WATERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, et al.<br><br>    Defendants. | Case No. CV 09-05776 VRW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR CONDUCTING A MEDIATION |

The parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline for conducting mediation from June 16, 2010 to August 2, 2010. The request to extend the deadline for conducting mediation is based upon the reasons set forth with particularity in the Declaration of Counsel for Plaintiff filed concurrently herewith.

Dated: May 27, 2010                    RUFUS L. COLE & ASSOCIATES

                                       By: _____
                                           Rufus L. Cole
                                       for Attorneys for Plaintiff
                                           KIESHA WATERS

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR CONDUCTING A MEDIATION

Dated: May 27, 2010

EDRINGTON, SCHIRMER & MURPHY LLP

By: _____
Timothy P. Murphy
Attorneys for Defendants
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA, MARKELL MCCAIN

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline for conducting mediation shall be extended to August 2, 2010.

Dated: June 3, 2010

_____
UNITED STATES DISTRICT CHIEF JUDGE
Judge Vaughn R Walker

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR CONDUCTING A MEDIATION

Rufus L. Cole, Esq. (SB# 60843)
Monica S. Lee, Esq. (SB#247715)
RUFUS L. COLE & ASSOCIATES
720 Market Street, 10th Floor
San Francisco, CA 94102-2500
Telephone:   (415) 956-8800
Facsimile:    (415) 956-8811

Attorneys for Plaintiff
KIESHA WATERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA WATERS,<br><br>                Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA COUNTY<br>UNIFIED SCHOOL DISTRICT, et al.<br><br>                Defendants. | Case No.  CV 09-05776 VRW<br><br>DECLARATION OF COUNSEL FOR PLAINTIFF IN SUPPORT OF PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION |

I, MONICA S. LEE, declare herein:

1.     I am an attorney duly licensed to practice law in all of the courts of the State of California, am a member of the bar of this Court, and am an attorney with RUFUS L. COLE & ASSOCIATES, counsel for Plaintiff KIESHA WATERS, in the above-captioned case.

2.     This declaration is submitted in support of Plaintiff's request to extend the deadline for conducting mediation from June 16, 2010 to August 2, 2010.

3.     Pursuant to the Stipulation and Order Selecting ADR Process, filed on March 18, 2010, the parties are to complete court annexed mediation by June 16, 2010.

4. Pursuant to this court's order, the parties scheduled mediation with the court appointed mediator, JoAnne Dellaverson, which was to take place on May 26, 2010. However, on May 25, 2010, Plaintiff's attorney of record Mr. Cole had a medical emergency that made him unavailable for the May 26th mediation date. Mr. Cole's unavailability was communicated to all parties and the mediator and a request was made to continue the mediation to a mutually agreeable date.

5. On May 25, 2010, I was informed by Ms. Dellaverson that she would be unavailable from May 30th to June 15th and that it would not be possible for the parties to agree to continue the mediation due to the court ordered deadline of June 16, 2010.

6. Based upon the facts set forth above, on May 26, 2010 I advised counsel for defendants of plaintiff's intention to file a request with the court to extend the deadline for mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May 2010.

By: _____
MONICA S. LEE