1  Rufus L. Cole, Esq.  (SB# 60843)
   Monica S. Lee, Esq. (SB#247715)
2  RUFUS L. COLE & ASSOCIATES
   720 Market Street, 10th Floor
3  San Francisco, CA 94102-2500
   Telephone:    (415) 956-8800
4  Facsimile:    (415) 956-8811

5

6  Attorneys for Plaintiff
   KIESHA WATERS

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  KIESHA WATERS,                    )  Case No.  CV 09-05776 VRW
                                      )
13            Plaintiff,              )  STIPULATION AND [PROPOSED] ORDER
                                      )  EXTENDING THE DEADLINE FOR
14  vs.                               )  CONDUCTING A MEDIATION
                                      )
15  WEST CONTRA COSTA COUNTY          )
    UNIFIED SCHOOL DISTRICT, et al.   )
16                                    )
              Defendants.             )
17                                    )
                                      )
18  _____)

19          The parties, by and through their respective attorneys of record, stipulate and agree

20  to extend the deadline for conducting mediation from June 16, 2010 to August 2, 2010.  The

21  request to extend the deadline for conducting mediation is based upon the reasons set forth

22  with particularity in the Declaration of Counsel for Plaintiff filed concurrently herewith.

23

24  Dated: May 27, 2010          RUFUS L. COLE & ASSOCIATES

25

26                          By: _____

27                              Rufus L. Cole
                          for   Attorneys for Plaintiff
28                              KIESHA WATERS

fus L. Cole & Associates
) Market St, 10th Floor
1 Francisco, CA 94102
: 415-956-88800

- 1 -

Dated: May 27, 2010

EDRINGTON, SCHIRMER &
MURPHY LLP

By: _____
Timothy P. Murphy
Attorneys for Defendants
WEST CONTRA COSTA UNIFIED
SCHOOL DISTRICT, ROXANNE
BROWN-GARCIA, MARKELL
MCCAIN

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline for conducting mediation shall be extended to August 2, 2010.

Dated: June 3, 2010 _____

_____
UNITED STATES DISTRICT CHIEF JUDGE

Judge Vaughn R Walker

1    Rufus L. Cole, Esq. (SB# 60843)
   Monica S. Lee, Esq. (SB#247715)
2    RUFUS L. COLE & ASSOCIATES
   720 Market Street, 10th Floor
3    San Francisco, CA 94102-2500
   Telephone:   (415) 956-8800
4    Facsimile:    (415) 956-8811

5

6    Attorneys for Plaintiff
   KIESHA WATERS

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12    KIESHA WATERS,           )   Case No. CV 09-05776 VRW
                            )
13           Plaintiff,     )   DECLARATION OF COUNSEL FOR
                            )   PLAINTIFF IN SUPPORT OF PLAINTIFF'S
14    vs.                       )   REQUEST TO EXTEND THE DEADLINE
                            )   FOR CONDUCTING A MEDIATION
15    WEST CONTRA COSTA COUNTY    )
   UNIFIED SCHOOL DISTRICT, et al.   )
16                             )
          Defendants.     )
17                             )
                            )
18    _____)

19        I, MONICA S. LEE, declare herein:

20          1.     I am an attorney duly licensed to practice law in all of the courts of the State

21    of California, am a member of the bar of this Court, and am an attorney with RUFUS L.

22    COLE & ASSOCIATES, counsel for Plaintiff KIESHA WATERS, in the above-captioned

23    case.

24          2.     This declaration is submitted in support of Plaintiff's request to extend the

25    deadline for conducting mediation from June 16, 2010 to August 2, 2010.

26          3.     Pursuant to the Stipulation and Order Selecting ADR Process, filed on March

27    18, 2010, the parties are to complete court annexed mediation by June 16, 2010.

28

                              - 1 -

           DECLARATION OF COUNSEL FOR PLAINTIFF IN SUPPORT OF
     PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION

4.      Pursuant to this court's order, the parties scheduled mediation with the court appointed mediator, JoAnne Dellaverson, which was to take place on May 26, 2010. However, on May 25, 2010, Plaintiff's attorney of record Mr. Cole had a medical emergency that made him unavailable for the May 26th mediation date.  Mr. Cole's unavailability was communicated to all parties and the mediator and a request was made to continue the mediation to a mutually agreeable date.

5.      On May 25, 2010, I was informed by Ms. Dellaverson that she would be unavailable from May 30th to June 15th and that it would not be possible for the parties to agree to continue the mediation due to the court ordered deadline of June 16, 2010.

6.      Based upon the facts set forth above, on May 26, 2010 I advised counsel for defendants of plaintiff's intention to file a request with the court to extend the deadline for mediation.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of May 2010.


By: _____
         MONICA S. LEE

Rufus L. Cole & Associates
720 Market St, 10th Floor
San Francisco, CA 94102
Tel: 415-956-88800

- 2 -