TIMOTHY P. MURPHY, ESQ. (120920)
DOLORES M. DONOHOE, ESW. (111432)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants WEST CONTRA COSTA
UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA,
and MARKELL McCAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA WATERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA and MARKELL McCAIN,<br><br>    Defendants. | CASE NO.:  CV09-5776 VRW<br><br>STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER |

WHEREAS all parties to this action, namely, Plaintiff Kiesha Waters and Defendants West Contra Costa Unified School District, Roxanne Brown-Garcia and Markell McCain (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Full and Final Release of all Claims" ("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney fees and costs;

WHEREAS there are no further issues for the Court to resolve as between the Settling Parties; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint against all named defendants, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

SO STIPULATED.

Dated: August 4, 2010

RUFUS L. COLE & ASSOCIATES

By _____
Rufus L. Cole, Esq.
Attorney for Plaintiff

Dated: August 10, 2010

EDRINGTON, SCHIRMER & MURPHY

By _____
Timothy P. Murphy, Esq.
Attorney for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROXANNE BROWN-GARCIA and MARKELL McCAIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/13/2010

_____
Chief Judge
UNITED STATES DISTRICT JUDGE

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker)